UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LELAND FOSTER,

    Plaintiff,                                       Case No. 16-cv-13953
                                                      Hon. Matthew F. Leitman

v.

C.H.E.W. LAND
MANAGEMENT, LLC,

    Defendant.

_____

## **ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court upon the filing of the Stipulation for Dismissal and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice and without costs, interest or attorney fees.

This Order resolves the last pending claim in this case and closes the case.

                                                     s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated: April 12, 2017


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 12, 2017, by electronic means and/or ordinary mail.

                                                     s/Holly A. Monda
                                                   Case Manager
                                                   (313) 234-5113